**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Rose Contracting, LLC, | ) | No. CV-09-8167-PCT-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Whiteriver Construction Inc., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 38.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 4th day of June, 2012.

Stephen M. McNamee
Senior United States District Judge